# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| MS. RACHEL SCHAAR, | : |
| Plaintiff | : CIVIL ACTION NO. |
| vs. | : 07-04135 |
| LEHIGH VALLEY HEALTH SERVICES, INC. and LEHIGH VALLEY PHYSICIANS BUSINESS SERVICES, INC. | : |
| Defendants | : |

## ORDER

**AND NOW**, this 4th day of August, 2010, upon consideration of Defendants Lehigh Valley Physicians Business Services, Inc. and Lehigh Valley Health Services, Inc.'s Motion for Summary Judgment (Dkt. No. 41) filed December 15, 2008, Plaintiff's response (Dkt. No. 43) filed December 29, 2008, and Defendants' reply (Dkt. No. 48) thereto;[1] and for the reasons expressed in the foregoing Memorandum, **IT IS HEREBY ORDERED** that Defendants' Motion for Summary Judgment (Dkt. No. 41) is **DENIED**.

BY THE COURT:

*/s/ Henry S. Perkin*
HENRY S. PERKIN,
United States Magistrate Judge

---

[1] In deciding this motion, the undersigned has also considered Plaintiff's Supplemental Brief in Support of Her Motion for Summary Judgment and in Opposition to Defendant's Motion for Summary Judgment (Dkt. No. 58) filed April 22, 2010 and Defendants' Response in Opposition to Plaintiff's Supplemental Brief (Dkt. No. 60) filed May 6, 2010.